**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES WYMER,

        Plaintiff,

v.     Case No. 6:15-cv-1669-Orl-37DAB

ROBERT C. BAXTER,

        Defendant.

## ORDER

This cause is before the Court on the following:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), filed October 6, 2015; and

2. U.S. Magistrate Judge David A. Baker's Report and Recommendation (Doc. 6), filed November 4, 2015.

On October 6, 2015, Plaintiff James Wymer initiated the instant action against Officer Robert C. Baxter of the Orlando Police Department. (Doc. 1 ("**Complaint**").) Plaintiff alleges that "all [his] US [sic] constitutional rights were violated" during and following his arrest on June 1, 2010. *Id.* Alongside his Complaint, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs so that he could proceed in forma pauperis. (Doc. 2 ("**Application**").) U.S. Magistrate Judge David A. Baker recommends that the Court deny Plaintiff's Application and dismiss the Complaint on grounds that: (1) Plaintiff cannot state a claim against Officer Baxter in his official capacity or against the Orlando Police Department directly because the latter is not an entity subject to suit under Florida law; and (2) Plaintiff also cannot state a claim under

the Fourth Amendment against Officer Baxter in his individual capacity because Officer Baxter had probable cause to make the arrest. (Doc. 6 ("**R&R**").) Plaintiff did not object to the R&R.

Having independently reviewed the R&R for fairness and in the absence of any objection, this Court agrees with Magistrate Judge Baker and adopts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge David A. Baker's Report and Recommendation (Doc. 6) is **ADOPTED AND CONFIRMED** and made a part of this Order.
2. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.
3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.
4. The Clerk is **DIRECTED** to **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 30, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Pro Se Party